AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:16-cv-03397 |
| QUANTUM MUSIC WORKS, INC., an entity of unknown form; and DOES 1 – 10, inclusive | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Quantum Music Works, Inc.
1148-1124 Lonsdale Ave
North Vancouver
B.C. V7M 2H1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JEFFREY D. GOLDMAN (Bar No. 155589)
TALYA GOLDFINGER (Bar No. 294926)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*