JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM MUSIC WORKS, INC.; & DOES 1 – 10, inclusive,<br><br>Defendant. | Case No. CV 16-3397 FMO (AJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Amended Motion for Default Judgment, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of May, 2017.

/s/
Fernando M. Olguin
United States District Judge