JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC, | Case No. CV 16-3397 FMO (AJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| QUANTUM MUSIC WORKS, INC., | |
| Defendant. | |

Pursuant to the Court's Order Denying Motion for Entry of Default Judgment by Court on Second Amended Complaint, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of November, 2017.

/s/
Fernando M. Olguin
United States District Judge