JS-6

FILED
CLERK, U.S. DISTRICT COURT
12/27/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC, <u>et al.</u>,<br><br>        Plaintiffs,<br><br>    v.<br><br>QUANTUM MUSIC WORKS, INC.,<br><br>        Defendant. | Case No. CV 16-3397 FMO (AJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

    1.    Judgment is hereby entered in favor of plaintiff Universal Music – MGB NA LLC ("Universal Music") and against defendant Quantum Music Works, Inc. ("Quantum").

    2.    Plaintiff shall recover against defendant Quantum in the amount of $263,627.30, consisting of $112,500 in damages, $146,079 in attorney's fees, and $5,048.30 in costs.

    3.  Universal Music shall serve defendant with a copy of this Order and the Judgment filed contemporaneously with the filing of this Order in such a manner as to make them operative in any future proceedings.

Dated this 27th day of December, 2019.

                                                              /s/
                                            Fernando M. Olguin
                                        United States District Judge